**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-2251

GREGORY G. HALL,

        Plaintiff - Appellant,

      v.

CITY OF CLARKSBURG, a municipal Corporation and political subdivision; MARTIN G. HOWE; JAMES C. HUNT; RALPH PEDERSON; MARGARET BAILEY; ADAM BARBERIO; H. KEITH KESLING; JONATHAN R. DAVIS,

        Defendants - Appellees.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Irene M. Keeley, Senior District Judge. (1:14-cv-00090-IMK-MJA)

Submitted: September 28, 2017          Decided: November 13, 2017

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Steven Brett Offutt, LAW OFFICE OF BRETT OFFUTT, Harpers Ferry, West Virginia, for Appellant. Keith C. Gamble, Kenneth L. Hopper, PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC, Morgantown, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory G. Hall appeals the district court's order dismissing his civil rights complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hall v. City of Clarksburg*, No. 1:14-cv-00090-IMK-MJA (N.D.W. Va. Sept. 30, 2016). We grant the City of Clarksburg's motion to strike a portion of Hall's appendix and deny Hall's motion for leave to supplement the record.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The stricken pages appear in the corrected appendix at 69-72.

2